IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES SHERWOOD EDWARDS                                             PLAINTIFF

VS.                                  CASE NO. 07-CV-1030

DAVID JOHNSON, Sheriff, Ashley
County Sheriff's Department and
Supervisor of the Ashley County
Detention Center; JIMMY SIMMS,
Jail Administrator, Ashley County
Detention Center; and Dr. Frederick Burt                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 25, 2008, by the Honorable Barry A. Bryant, United State Magistrate Judge for the Western District of Arkansas. (Doc. No. 29). Ten (10 ) days have passed without objections being filed by the parties. The Court adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Count finds that the United States should be and hereby is substituted as a Defendant in this matter in place of Dr. Frederick Burt. The Court also finds that the Plaintiff has failed to exhaust his administrative remedies as required by the Federal Tort Claims Act. Therefore, the Motion to Dismiss filed by the United States should be and hereby is **granted**. Plaintiff's claims against the United States are hereby dismissed without prejudice.

IT IS SO ORDERED, this 14th day of March, 2008.

      /s/Harry F. Barnes
      Hon. Harry F. Barnes
      United States District Judge