IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES SHERWOOD EDWARDS                                                    PLAINTIFF

VS.                                    CASE NO. 07-CV-1030

DAVID JOHNSON, Sheriff, Ashley
County Sheriff's Department and
Supervisor of the Ashley County
Detention Center; JIMMY SIMMS,
Jail Administrator, Ashley County
Detention Center; and Dr. Frederick Burt                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 25, 2008, by the Honorable Barry A. Bryant, United State Magistrate Judge for the Western District of Arkansas. (Doc. No. 30). Ten (10) days have passed without objections being filed by the parties. The Court adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Count finds that the Motion for Summary Judgment filed by separate Defendants Sheriff David Johnson and Jimmy Simms should be and hereby is **granted**. Plaintiff's claims against these Defendants are hereby dismissed with prejudice.

IT IS SO ORDERED, this 14th day of March, 2008.

                  /s/Harry F. Barnes
                  Hon. Harry F. Barnes
                  United States District Judge